<u>DEFENDANT</u>:  IAN THOMAS FORD

<u>AGE/YOB</u>:  31/1988

<u>ADDRESS</u>:  FOUNTAIN, COLORADO

<u>COMPLAINT FILED?</u>   \_\_\_\_\_ YES   \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   \_\_\_\_\_ YES   _____ NO

| | | |
|---|---|---|
| <u>OFFENSE</u>: | <u>COUNT 1</u>: | FELON IN POSSESSION OF FIREARM, IN VIOLATION OF 18 U.S.C. § 922(g)(1); AND, |
| | <u>COUNTS 2-4</u>: | FALSE STATEMENT TO A FIREARMS DEALER, IN VIOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2. |
| <u>LOCATION OF OFFENSE</u><br>(County and State): | | EL PASO COUNTY, COLORADO |
| <u>PENALTY</u>: | <u>ALL COUNTS</u>: | NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE. |
| <u>AGENT/DEPUTY</u>: | | GLEN BOARMAN, ATF TASK FORCE OFFICER |
| <u>AUTHORIZED BY</u>: | | JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_X\_\_ five days or less   \_\_\_\_\_ over five days

<u>THE GOVERNMENT</u>

\_\_X\_\_ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.