AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 JUN -4  PM 3: 32
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>ROBYN MARIE FORD | )<br>)<br>)  Case No.   19-cr-253-RM<br>)<br>) |

_____
Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   ROBYN MARIE FORD                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ❏ Superseding Indictment       ❏ Information       ❏ Superseding Information       ❏ Complaint

❏ Probation Violation Petition       ❏ Supervised Release Violation Petition       ❏ Violation Notice       ❏ Order of the Court

This offense is briefly described as follows:
COUNTS 2-4: FALSE STATEMENT TO A FIREARMS DEALER, IN IOLATION OF 18 U.S.C. § 922(a)(6), 924(a)(2), & 2.

Date:   05/23/2019_____                          s/ C. Thompson Deputy Clerk_____
                                                                              *Issuing officer's signature*

City and state:   Denver, Colorado_____        Jeffrey P. Colwell Clerk of Court_____
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on (date) 5/28/19, and the person was arrested on (date) 6/03/19<br>at (city and state) COLORADO SPRINGS, CO.<br><br>Date: 6/03/19_____        _____ #0281<br>                                                   *Arresting officer's signature*<br><br>                                                   GLENN BOARMN TFO<br>                                                   *Printed name and title* |