IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00253-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBYN MARIE FORD,

        Defendant.

---

## MOTION TO EXTEND MOTIONS FILING DEADLINE
---

        Ms. Robyn Marie Ford, through her counsel Mary V. Butterton, respectfully requests that Court extend the Motions Filing deadline, currently set for June 17, 2019, for two weeks to July 1, 2019. In support of this request, she states as follows:

        1.    Ms. Ford has been charged by indictment with three counts of False Statement to a Firearms Dealer, violations of 18 U.S.C. §922(a)(6), 924(a)(2). Doc. 1. On June 3, 2019 Ms. Ford entered a plea of not guilty to each count and was released on a personal recognizance bond. Docs. 6, 11.

        2.    Undersigned counsel received discovery for Ms. Ford's case on June 10, 2019 and, after processing, intially reviewed it on June 11, 2019. It is not particularly voluminous, consisting of approximately 100 pages of reports, but does include "phone dumps" of forensic data from two cell phones. Counsel has begun review of this discovery

        3.    Ms. Ford lives in Fountain, Colorado. She works full time, and is the sole caregiver to her two daughters. Counsel will need to travel to Fountain to meet with Ms. Ford to discuss her case and review the discovery; a visit has been scheduled for the week of June 17.

4. The currently-set deadline of June 17, 2019, less than a week away, will not allow counsel adequate time to review all discovery, meet with Ms. Ford, and fully prepare to file any necessary motions. A 14-day extension of that deadline should be sufficient to complete these tasks while still complying with the requirements of the Speedy Trial Act. Should additional investigation or legal research be required, counsel will follow up with a motion to exclude time from the requirements of the Speedy Trial Act.

5. Undersigned counsel has reached out to Assistant United States Attorney Jason St. Julien, but has not yet received word of his position on this motion.

WHEREFORE, Ms. Robyn Ford respectfully requests that Court extend the Motions Filing deadline, currently set for June 17, 2019, for two weeks to July 1, 2019.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jason St. Julien, Assistant United States Attorney
Email: Jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Robyn Marie Ford (via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant