IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00253-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBYN MARIE FORD,

       Defendant.

---

NOTICE OF DISPOSITION

---

       Defendant, Robyn Marie Ford, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in her case with the government.  The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

       Respectfully submitted this 19th day of August, 2019.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Jason St. Julien, Assistant United States Attorney
    Email: Jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Robyn Marie Ford (via U.S. Mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant