**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ROBYN MARIE FORD,

    Defendant.

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

Pursuant to the Notice of Disposition filed on August 19, 2019 (Docket No. 40).  A Change of Plea Hearing is set for **August 28, 2019** at **3:30 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 72 hours before the change of plea hearing**.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **September 4, 2019**, and the **four-day** jury trial scheduled for **September 23, 2019 AS TO THIS DEFENDANT ONLY** are VACATED.

DATED this 21st day of August, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge