# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson          Date:  August 28, 2019
Court Reporter:  Tammy Hoffschildt         Interpreter:  n/a
Probation:  n/a

**CASE NO.   19-cr-00253-RM**

Parties                                                                Counsel

UNITED STATES OF AMERICA,                      Jason St. Julien

      Plaintiff,

v.

2.  ROBYN MARIE FORD,                                 Mary Butterton

      Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**     **9:33 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding certain terms of the plea agreement.

Defendant sworn and answers true name.   Defendant is 32 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Indictment.

Defendant pleads GUILTY to Count 3 of the Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **November 7, 2019, at 10:00 a.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purpose without further order or authorization from the Court.

**ORDERED:** Defendant is continued on bond.

**COURT IN RECESS:**      **10:08 a.m.**
**Total in court time:**      **00:35**
**Hearing concluded**