# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. IAN THOMAS FORD; and,
**2. ROBYN MARIE FORD**,

    Defendants.

---

## GOVERNMENT'S MOTION TO DISMISS COUNTS
_____

The United States of America submits the following Motion To Dismiss Counts.

Pursuant to Section I(B)(2) of the Plea Agreement, the Government moves to dismiss Counts 2 and 4 of the Indictment [ECF No. 1] against the defendant at the November 7, 2019 Sentencing Hearing.

Dated: August 28, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:    */s/ Jason St. Julien*
    JASON ST. JULIEN
    Assistant United States Attorney
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Phone: (303) 454-0100
    Fax: (303) 454-0405
    E-mail: Jason.St.Julien@usdoj.gov
    Attorney for the United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of August 2019, I filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Mary Butterton**
Email:  Mary_Butterton@fd.org

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States