IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-253-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. IAN THOMAS FORD; and
2. ROBYN MARIE FORD,

       Defendants.

## UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd, and hereby gives notice that the firearm and ammunition seized, specifically, the Sig Sauer .22 caliber pistol, serial number F088947 and ammunition have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

DATED this 4th day of November 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100

1

2

Laura.hurd@usdoj.gov
*Attorney for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day November 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Jasmine Zachariah*
FSA Data Analyst
United States Attorney's Office

2