# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Paige Meador | Date:  November 7, 2019<br>Interpreter:  n/a |

**CASE NO.  19-cr-00253-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
|     Plaintiff, | |
| v. | |
| 2.  ROBYN MARIE FORD, | Mary Butterton |
|     Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     10:00 a.m.
Appearances of counsel.   Defendant is present and on bond.

Defendant entered her plea on August 28, 2019, to Count 3 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Discussion held regarding guideline calculations.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Unopposed Motion (Doc. 58) is GRANTED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ROBYN MARIE FORD, is hereby sentenced to **probation for a term of three (3) years.**

**ORDERED:** While on probation, the defendant shall comply with all mandatory conditions of probation as required by law, all standard conditions of probation as required by this Court, and the special conditions of probation as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of her right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Government's Motion to Dismiss Counts (Doc. 49) is GRANTED. Counts 2 and 4 of the Indictment are dismissed.

**ORDERED:** Bond is exonerated.

**Court in recess:**   **10:57 a.m.**
Hearing concluded.
Total time:            00:57