IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00253-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBYN MARIE FORD,

        Defendant.

_____

**UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION**
_____

Ms. Robyn Marie Ford, by and through her counsel Mary V. Butterton respectfully moves this Court for an order to terminate her term of probation early. In support of this request, Ms. Ford states as follows:

1. On November 7, 2019, this Court sentenced Robyn Ford to three years' probation following a conviction for False Statement to a Firearms Dealer in violation of 18 U.S.C. §§922(a)(6) and 924(a)(6). Docs. 65, 66.

2. Ms. Ford has now been on probation for just over a year. Prior to the imposition of sentence, she was on pretrial release for five months. Both terms were supervised by the U.S. Probation Office for the District of Colorado. In just over a year of probation, she has completed her term of home detention as well as 100 hours of community service, and has suffered no violations.

3. Undersigned counsel has consulted with Ms. Ford's supervising probation officer, Michael Bohlen. He reports that she is considered low risk; he has no objection to her request for early termination.

4. Undersigned counsel has further contacted Assistant United States Attorney Jason St. Julien, who is currently opposed to this request.

WHEREFORE, Ms. Ford respectfully requests this Court to grant this motion and enter an order for early termination of her probation.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
mary.butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

      Jason St. Julien, AUSA
      Email: Jason.St.Julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

      Robyn Ford (via Mail)

      s/ Mary Butterton
      MARY BUTTERTON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      mary.butterton@fd.org
      Attorney for Defendant