# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  IAN THOMAS FORD; and,
2.  **ROBYN MARIE FORD**,

    Defendants.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION [ECF No. 97]
_____

    The United States of America responds to the defendant's motion [ECF No. 97].

    The Government reviewed the case file and conferred with Probation Officer Bohlen on December 9, 2020 via telephone.  After such review and conferral, the Government does not object to terminating the remainder of the defendant's probationary term.

    Dated:  December 9, 2020.

                                           Respectfully submitted,

                                           JASON R. DUNN
                                           United States Attorney

                          By:    */s/ Jason St. Julien*
                                 JASON ST. JULIEN
                                 Assistant United States Attorney
                                 1801 California St., Suite 1600
                                 Denver, Colorado 80202

Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 9th day of December 2020, I filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION [ECF No. 97]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**Mary Butterton**
Email: Mary_Butterton@fd.org

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Jason.St.Julien@usdoj.gov
Attorney for the United States