IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 19-cr-00253-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ROBYN MARIE FORD,

    Defendant.

___

**ORDER REGARDING EARLY TERMINATION OF PROBATION**
___

THIS MATTER is before the Court upon Defendant's Unopposed Motion for Early Termination of Probation (the "Motion") (ECF No. 97).

The Court ordered the Government to respond to the Motion and the Government filed a response (ECF No. 99) indicating that it does not object to terminating the remainder of Defendant's probationary term.  In addition, the Court has considered the position of the Probation Office as well as the original presentence report.  Based on the Court's review, it is

ORDERED that the defendant's probation be terminated, that she be discharged from probation.

DATED this 10th day of December, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge